IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02163-RPM-CBS

JAMES H. ALEXANDER,
    Plaintiff,
v.

WORLD AM, INC., a Nevada corporation formerly known as World Am Communications, Inc.,
    Defendant.
_____

ORDER
_____

This case comes before the court on Plaintiff Alexander's "Objection to Defendant's Motion for Extension of Time to Submit Responsive Pleading" (filed November 1, 2006) (doc. # 5).  Pursuant to the Order of Reference dated October 30, 2006 (doc. # 3) and the memorandum dated November 2, 2006 (doc. # 6), Defendant's Motion for Extension of Time to Submit Responsive Pleading (filed November 1, 2006) (doc. # 4) was referred to the Magistrate Judge.  In light of the Objection, IT IS ORDERED that:

    1.    The Minute Order dated November 2, 2006 (doc. # 7) is hereby VACATED.

    2.    Defendant's Motion for Extension of Time to Submit Responsive Pleading (filed November 1, 2006) (doc. # 4) is DENIED for failure to comply with D.C. COLO. LCivR 7.1.A.

DATED at Denver, Colorado, this 2nd day of November, 2006.

BY THE COURT:


　　s/Craig B. Shaffer
United States Magistrate Judge