IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02163-RPM-CBS

JAMES H. ALEXANDER,

    Plaintiff,

v.

WORLD AM, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion for Leave to Modify Scheduling Order (*doc. no. 45)* is **GRANTED**. The discovery deadline is extended to **August 15, 2007**, and the dispositive motion deadline is extended to **September 17, 2007**. *No further extensions of time will be granted.*

**DATED:**    June 15, 2007