**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              February 13, 2008
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 06-cv-02163-RPM

JAMES H. ALEXANDER,                                        Dennis H. Mark

      Plaintiff,

v.

WORLD AM, INC.,                                           Ronald G. Rossi
                                                          Stephen Louthan

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Hearing on Plaintiff's Motion for Summary Judgment**

**1:59 p.m.        Court in session.**

Defendant's client representatives Paul Lamarile, Rober Hoveez and Ken Jochim present.

Court's preliminary remarks and its understanding of the case.

2:01 p.m.       Argument by Mr. Mark.

2:31 p.m.       Argument by Mr. Rossi.

**ORDERED:    Plaintiff's Motion for Summary Judgment, filed October 30, 2007 [53], is
             denied.**

Discussion regarding case status.
Counsel state discovery deadline has expired.

**ORDERED:    Pretrial conference scheduled April 18, 2008 at 2:00 p.m.
             Proposed pretrial order to be submitted directly to chambers by
              4:00 p.m. April 10, 2008.**

**3:01 p.m.        Court in recess.**

Hearing concluded.  Total time: 1 hr. 2 min.