IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02163-RPM

JAMES H. ALEXANDER,

    Plaintiff,

v.

WORLD AM, INC.,

    Defendant.

---

## ORDER SETTING PRETRIAL CONFERENCE

---

Pursuant to the hearing convened today, it is

ORDERED that a pretrial conference is scheduled for **April 18, 2008, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 10, 2008.** The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    DATED: February 13, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge