IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02163-RPM-CBS

JAMES H. ALEXANDER,

    Plaintiff,

v.

WORLD AM, INC.,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [91] filed on June 9, 2008, it is

ORDERED that this action is dismissed, with prejudice, each party to pay its own costs.

DATED: June 10th, 2008

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge